NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUEL MEBUIN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | Civil Action No.: 13-446 (JLL)(JAD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of United States Magistrate Judge Joseph A. Dickson's September 30, 2014 Report and Recommendation [Docket Entry No. 37], recommending that the undersigned deny Plaintiff's motion to dismiss [Docket Entry No. 33] be denied without prejudice. Magistrate Judge Dickson filed his Report and Recommendation pursuant to 28 U.S.C. § 636 (b)(1)(B). In particular, Magistrate Judge Dickson recommended that Plaintiff's Motion be denied without prejudice because the Court finds that because Plaintiff has now confirmed his mailing address with the Court it would be inappropriate to dismiss Plaintiff's claims based on his violation of Local Civil Rule 10.1 (a) (requiring, in pertinent part, that unrepresented parties notify the Court of any change of address within seven days) at this time. To date, the Court has received no objections with respect to Magistrate Judge Dickson's September 30, 2014 Report and Recommendation, and for good cause shown,

**IT IS** on this **23rd day of December, 2014,**

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on September 30, 2014 [Docket Entry No. 37], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's Motion to dismiss [Docket Entry No. 33] is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge