NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REUEL MEBUIN, | Civil Action No. 13-446 (JLL) (JAD) |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pending before the Court is Dr. Kahn Brown, Advanced Practice Nurse ("APN") Michael Ojelade, and Dr. Lionel Annicette's (collectively, "Defendants") motion to dismiss Plaintiff's claims for failure to provide an affidavit of merit and, in turn, failure to state a claim pursuant to N.J.S.A. § 2A:53A-27 and N.J.S.A. § 2A:53A-29, respectively. (ECF No. 62.)

For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 1 day of Oct, 2015,

**ORDERED** that this Court ADOPTS the findings of fact and conclusions of law in Magistrate Judge Dickson's Report and Recommendation (D.E. No. 66) as the Opinion of this Court; and it is further

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 62) DENIED without prejudice.

**IT IS SO ORDERED.**

JOSE L. LINARES
UNITED STATES DISTRICT JUDGE